

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00243-CV

Edythe **PRINCE** and Jared Prince,
Appellants

v.

Sharon L. **PETERS**, Individually; Sharon Peters Real Estate, Inc.; Christopher Russo,
Individually; Christopher Russo Home Inspections, PLLC; Timothy Brown; and The Agency
Austin, Inc., d/b/a The Agency San Antonio, n/k/a The Agency Texas, Inc.,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000305
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On November 3, 2021, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on November 18, 2021. *See* TEX. R. APP. P. 49.1

On the due date, Appellants filed a motion for a twenty-one-day extension of time to file a motion for rehearing and a motion for en banc reconsideration.

Appellants' motion is GRANTED. Appellants' motion for rehearing and motion for en banc reconsideration must be filed with this court not later than December 9, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court